IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **WAYNE BLATT,** *on behalf of himself and all others similarly situated*, | ) ) ) ) |
| **Plaintiff,** | ) ) Case No. 2:15-cv-00015 ) |
| v. | ) **Judge Sharp** ) |
| **CAPITAL ONE AUTO FINANCE, INC.,** | ) ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court are cross motions for summary judgment. Defendant Capital One Auto Finance filed a Motion for Summary Judgment on Plaintiff Wayne Blatt's claims for violation of the Electronic Funds Transfer Act, 15 U.S.C. § 1693e. (Docket No. 30.) Plaintiff Blatt filed a Response in Opposition of Defendant's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment. (Docket No. 38.) Defendant filed a Reply. (Docket No. 39.)

For the reasons explained in the accompanying Memorandum, the Court GRANTS Defendant's Motion for Summary Judgment and DENIES Plaintiff's Motion for Summary Judgment.

Entry of this Order shall constitute the judgment in this action.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE